

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Mission Essential Personnel; Arch Insurance Company

                              **Plaintiff,**

V.

Fariba Rashidiasl

                             **Defendant.**

FILED
8/14/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  A. Hazard , Deputy

Civil No. 23-cv-00384-CAB-NLS

**STRICKEN DOCUMENT:**

Ex Parte Letter

**Per Order #    36**

34